UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WILLIAM RINDLER,

Plaintiff,

vs.

SUPERIOR METAL PRODUCTS INC.,

Defendant.

Case No. 3:26-cv-30

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) AMENDING THE CALENDAR ORDER (Doc. No. 7); (2) VACATING THE FINAL PRETRIAL CONFERENCE PREVIOUSLY SET FOR SEPTEMBER 21, 2027; AND (3) VACATING THE TRIAL DATE PREVIOUSLY SET FOR OCTOBER 4, 2027**

---

This civil case, previously before United States District Judge Walter H. Rice, is now before the Court[1] following reassignment. *See* Doc. No. 10. It is this Court's policy to refrain from setting a trial date until after a ruling on summary judgment has been issued. Accordingly, the current preliminary pretrial conference Order is **AMENDED** as follows: the Final Pretrial Conference previously set for September 21, 2027, and the jury trial previously set for October 4, 2027 are hereby **VACATED**.

**IT IS SO ORDERED.**

November 5, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge

[1] The Court notes that, in light of the reassignment, this Court's Standing Order Governing Civil Cases (eff. Aug. 27, 2025), which can be found on the Court's website at https://www.ohsd.uscourts.gov/FPNewman, now applies to the instant proceedings.